1  DAVID CHIU, State Bar # 189542
   City Attorney
2  ROSE DARLING, State Bar #243893
   Chief Labor Attorney
3  LAUREN E. WOOD, State Bar # 280096
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4261
6  E-Mail:        lauren.wood@sfcityatty.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES PILKINGTON, | Case No. 4:24-cv-09425-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; DOES 1 through 100, | **[Civil L.R. 6-1(b), 7-12, 16-3(e)]** |
| Defendants. | CMC Date:        April 8, 2025<br>Judge:           Hon. Haywood Gilliam, Jr.<br>Time:            2:00 p.m.<br>Place:           Remote |
| | Date Action Filed:   November 18, 2024<br>Trial Date:          Not Set |

1

Pursuant to Civil Local Rules 6-1(b), 7-12, and 16-3(e), Plaintiff James Pilkington ("Plaintiff"), and Defendant City and County of San Francisco (the "City") by and through their counsels of record, hereby agree and stipulate as follows:

WHEREAS the Court has set the next Case Management Conference in this action for April 8, 2025 (*see* Dkt. No. 9); and

WHEREAS there is a pending Motion to Relate this case to *Keene v. City and County of San Francisco*, Case No. 4:22-cv-01587-JSW (Dkt. No. 247), which the parties anticipate Judge Jeffrey S. White will grant, and will result in reassignment of this case to Judge White, pursuant to Civil Local Rule 3-12(f)(3).

The Parties therefore agree and stipulate that there is good cause to continue the Case Management Conference from April 8, 2025, to May 20, 2025, or to an alternate date that is convenient to the Court.

IT IS SO STIPULATED.

Dated: March 26, 2025

DAVID CHIU
City Attorney
JONATHAN C. ROLNICK
Chief Labor Attorney
LAUREN E. WOOD
Deputy City Attorney

By: */s/ Lauren E. Wood*
LAUREN E. WOOD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
AND M'KIA MCCRIGHT

Dated: March 26, 2025

LAW OFFJCE OF A. ITKIN

By: */s/ Arkady Itkin*
ARKADY ITKIN

Attorneys for Plaintiff
James Pilkington

## ATTESTATION OF E-FILED SIGNATURE

I, Lauren E. Wood, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Local Rule 5-1(i)(3), I attest that Arkady Itkin has read and approved this pleading and consented to its filing in this action.

Dated:  March 26, 2025

DAVID CHIU
City Attorney
ROSE DARLING
Chief Labor Attorney
LAUREN E. WOOD
Deputy City Attorney

By: */s/ Lauren E. Wood*
LAUREN E. WOOD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

After considering the above stipulation filed by the Parties, the Court finds good cause to issue the following order: The Case Management Conference is continued to May 20, 2025 at 2:00 p.m, via a Zoom webinar.  The Zoom webinar information and instructions remain the same as previously provided in docket no. 9.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   3/27/2025

By: _/s/ Haywood S. Gilliam, Jr._
HONORABLE HAYWOOD GILLIAM, JR.
United States District Court Judge